No. 5716.—Ruiz, aplte., *v.* La Corte Municipal de San Juan, Sección Segunda, Hon. Ignacio Carballeira, Juez, aplda.—C. D. San Juan. ▮▮▮▮▮▮ Junio 3, 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, la Corte de Distrito de San Juan dictó una sentencia con opinión en la cual se anuló un auto de *certiorari* originalmente dirigido contra la Corte Municipal de San Juan, Sección Segunda, en un caso de desahucio;

Por cuanto, la corte de distrito resolvió que una propuesta apelación de la sentencia dictada por ella en apelación procedente de la corte municipal no puede prosperar por no conceder la ley más que una apelación en procedimientos de desahucio y por tanto la apelación no era óbice para que la corte municipal siguiese el trámite de desahucio;

Por cuanto, se desprende también de la opinión que el lanzamiento del demandado en el pleito original puede llevarse a cabo en ausencia de la prestación de fianza o algo similar;

Por cuanto, en la vista de la moción en este caso sobre desestimación del recurso no compareció el demandado ni radicó oposición escrita;

Por cuanto, no aparece que la apelación tiene alguna posibilidad de ser meritoria;

Por tanto, se resuelve que la apelación es frívola, y como tal debe desestimarse.